1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7

8

9

AF HOLDINGS LLC,

10

            Plaintiff,                  No. C 12-2411 PJH

11

      v.                         **ORDER OF REFERENCE**

12                                        **TO MAGISTRATE JUDGE**

JUNE QUANTONG,

13

            Defendant.

14 _____/

15       Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a

16 report and recommendation on plaintiff's motion for default judgment.

17       The parties will be advised of the date, time and place of any appearance by notice

18 from the assigned Magistrate Judge.

19

20 **IT IS SO ORDERED.**

21 Dated: January 7, 2013

22

23                               _____
                              PHYLLIS J. HAMILTON
                              United States District Judge

24

25 cc: MagRef, Assigned M/J

26

27

28